UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AVERY CAMILLE FREEMEN-WHEATON,

    Plaintiff,

v.

TEXACO CORPORATION, CITY OF OLYMPIA, THURSTON COUNTY, AND KWANG SOO HONG,

    Defendants.

CASE NO. C13-6028 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court dismisses this action without prejudice because plaintiff has failed to either pay the filing fee or file an application to proceed in forma pauperis.

DATED this 20th day of February, 2014.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1